ROGERS JOSEPH O'DONNELL
AARON P. SILBERMAN (State Bar No. 161021)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiff
LANGUAGE LINE SERVICES, L.L.C.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANGUAGE LINE SERVICES, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MICHAEL CHERTOFF, Secretary of Department of Homeland Security; R. DAVID PAULISON, Administrator of the Federal Emergency Management Agency; and their successors in office, <br><br> Defendants. | Case No. C 07 5249 <br><br> **LANGUAGE LINE SERVICES' COMPLAINT FOR INJUNCTIVE RELIEF** |

1.  Plaintiff Language Line Services, L.L.C. ("Language Line") brings this Complaint against the defendants for violating the federal Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), by wrongfully withholding requested records and failing to make a determination regarding whether to produce those records and/or to notify Language Line of that determination.

## JURISDICTION AND VENUE

2.  This Court has jurisdiction over the subject matter of the Complaint pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B). This Complaint requests that the court enjoin defendants from withholding certain records requested by Language Line pursuant to FOIA and

1  that the court order defendants to produce those records.

2      3.    Venue for the Complaint is proper in this district pursuant to 28 U.S.C. § 1391(e) and 5 U.S.C. § 552(a)(4)(B) in that Language Line's principal place of business is within the Northern District of California.

## GENERAL ALLEGATIONS

    4.    On December 22, 2006, Language Line sent to FEMA a request for documents pursuant to FOIA ("the December 22, 2006 Request").

    5.    Language Line sought in the December 22, 2006 Request, production by FEMA of the following documents:

    (a)    "any documents provided by [Language Services Associates, Inc. ("LSA")] in response to, or in connection with, [RFP EMW-2003-RP-0025 ("the RFP")], including without limitation LSA's proposal" ("the LSA Proposal Documents"); and

    (b)    "[a]ny documents concerning LSA's performance under the [contract awarded by FEMA to LSA under the RFP], including without limitation any documents concerning its response times" ("the LSA Performance Documents").

    6.    On January 16, 2007, FEMA responded to the December 22, 2006 Request, stating, in error, that it had already produced the requested documents in its October 24, 2006 response to a previous Language Line FOIA request, dated August 12, 2005.

    7.    On January 17, 2007, Language Line notified FEMA of its error, explaining that Language Line had previously requested only the FEMA-LSA contract itself and that was all that FEMA had produced in its response to that prior request. In its January 17, 2007 submission, Language Line again requested that FEMA produce the documents responsive to its December 22, 2006 Request.

    8.    Almost five months later, on June 8, 2007, FEMA provided a "partial response," denying Language Line's request for the LSA Proposal Documents, but not responding to Language Line's request for the LSA Performance Documents, instead stating: "Your request for documents concerning LSA's performance will be address under separate cover."

    9.    On July 30, 2007, Language Line's counsel asked a FEMA FOIA officer when Language Line would receive FEMA's determination of whether it would produce the LSA

Performance Documents. On July 31, the FEMA FOIA officer informed Language Line's counsel that she could not provide any specific date.

10. On August 7, 2007, Language Line sent another letter to FEMA reiterating its request for the LSA Performance Documents and offering FEMA until September 5, 2007, to produce those documents.

11. FEMA did not produce the LSA Performance Documents, provide any other information, or even respond to Language Line's August 7, 2007 letter by September 5, 2007, and has not done so to date.

12. In repeated telephone conversations with and voicemail messages to FEMA's FOIA office in September 2007, Language Line, through its counsel, requested that FEMA provide the LSA Performance Documents, indicate a date on which it would produce them, or at least indicate whether it would produce some or all of them at any point. FEMA did not provide any of the documents or information requested.

## FIRST CLAIM

### (Permanent Injunction)

13. Language Line realleges and incorporates herein by this reference paragraphs 1 through 12, inclusive.

14. FEMA was required under FOIA to determine whether it would produce the documents requested by Language Line within twenty business days of its receipt of the December 22, 2006 Request. FEMA was also required to immediately notify Language Line of this determination and the reasons for it. 5 U.S.C. § 552(a)(6)(A).

15. Even though it has been more than nine months since FEMA received the December 22, 2006 Request, FEMA has not produced the LSA Performance Documents or notified Language Line whether it will produce those documents to Language Line.

16. To date, FEMA has not provided Language Line with any notice, written or otherwise, that it required an extension of time to determine whether it would produce the documents requested by Language Line.

17. Due to FEMA's failure to adhere to the time limits imposed upon it by FOIA,

Language Line is deemed to have exhausted its administrative remedies. 5 U.S.C. § 552(a)(6)(C)(i).

18. FEMA is in violation of FOIA and has given no indication that it will voluntarily comply with its obligations under that statute.

19. As a result of the foregoing, Language Line hereby requests that the court issue an injunction prohibiting defendants from withholding the LSA Performance Documents and ordering defendants to produce those documents without further delay.

20. Language Line is entitled to recover its reasonable attorneys' fees and litigation costs. 5 U.S.C. § 552(a)(4)(E).

### PRAYER FOR RELIEF

**WHEREFORE,** Language Line prays as follows:

1. That judgment be entered in favor of Language Line on its Complaint;

2. That the court issue an order prohibiting defendants from withholding the LSA Performance Documents and ordering defendants to produce those documents without further delay;

3. That Language Line be awarded costs of suit and attorneys' fees incurred in prosecution of this Complaint; and

4. For such other and further relief as the court may deem just and proper.

Dated: October 12, 2007

ROGERS JOSEPH O'DONNELL

By: _____
AARON P. SILBERMAN

Attorneys for Plaintiff
LANGUAGE LINE SERVICES, L.L.C.