# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

LANGUAGE LINE SERVICES, L.L.C.

            V.

FEDERAL EMERGENCY MANAGEMENT AGENCY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MICHAEL CHERTOFF, Secretary of Department of Homeland Security; R. DAVID PAULISON, Administrator of the Federal Emergency Management Agency; and their successors in office.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 5249 SI

TO: (Name and address of defendant)

FEDERAL EMERGENCY MANAGEMENT AGENCY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MICHAEL CHERTOFF, Secretary of Department of Homeland Security; R. DAVID PAULISON, Administrator of the Federal Emergency Management Agency; and their successors in office.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROGERS JOSEPH O'DONNELL
AARON P. SILBERMAN (State Bar No. 161021)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
ANNA SPRINKLES

DATE OCT 15 2007

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/22/2007 |
| NAME OF SERVER *(PRINT)* Randolph Haumann | TITLE Registered Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   US Attorneys Office, 450 Golden Gate Avenue, San Francisco, CA 94102

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):
   Diane Lachey, Paralegal, authorized to accept on behalf of United States Department of Homeland Security, at 2:30 PM

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10/23/2007      *Randolph Haumann*
                Date                            *Signature of Server*

                        75 Columbia Square, San Francisco, CA 94103
                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.