SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7322
    Facsimile:  (415) 436-6748
    Email: michael.t.pyle@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LANGUAGE LINE SERVICES, L.L.C,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MICHAEL CHERTOFF, Secretary of Department of Homeland Security; R. DAVID PAULISON, Administrator of the Federal Emergency Management Agency,<br><br>    Defendants. | No. C 07-5249 SI<br><br>**STIPULATION EXTENDING FEDERAL DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>Civil L.R. 6-1(a) |

    IT IS HEREBY STIPULATED by and between the undersigned that all of the named defendants in this action ("the Federal Defendants") may have to and including December 21, 2007, in which to answer, move or otherwise respond to the Complaint herein. This is the first request for an extension of time by any party in this matter.

STIP. EXT. OF TIME RE COMPLAINT RESPONSE
C07-5249 SI                             -1-

1
2
3  Dated: November 16, 2007

Respectfully submitted,

*[signature: Aaron P. Silberman]*
AARON P. SILBERMAN
Attorney for Plaintiff

4
5
6
7

SCOTT N. SCHOOLS
United States Attorney

8
9  Dated: November 16, 2007

_____/s/_____

MICHAEL T. PYLE
Assistant United States Attorney

STIP. EXT. OF TIME RE COMPLAINT RESPONSE
C07-5249 SI                    -2-