ROGERS JOSEPH O'DONNELL
AARON P. SILBERMAN (State Bar No. 161021)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiff
LANGUAGE LINE SERVICES, L.L.C.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANGUAGE LINE SERVICES, L.L.C.,<br><br>            Plaintiff,<br><br>vs.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MICHAEL CHERTOFF, Secretary of Department of Homeland Security; R. DAVID PAULISON, Administrator of the Federal Emergency Management Agency; and their successors in office,<br><br>            Defendants. | Case No.<br><br>**LANGUAGE LINE SERVICES' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT FOR INJUNCTIVE RELIEF (FRCP 41(a))** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Language Line Services, L.L.C. ("Language Line") hereby dismisses its complaint in this matter with prejudice. The defendants have not yet answered or moved for summary judgment in this matter.

Dated: December 19, 2007            ROGERS JOSEPH O'DONNELL

                                    By: /s/ Aaron P. Silberman
                                        AARON P. SILBERMAN

                                    Attorneys for Plaintiff
                                    LANGUAGE LINE SERVICES, L.L.C.

Page 1

264535.1